

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

February 13, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 10:13:25 AM
CHRISTOPHER A. PRINE
Clerk

DENA FISHER
ATTORNEY OF RECORD
440 LOUISIANA ST. STE 200
HOUSTON, TX 77002

Defendant's Name: GENARO TAMAYO

Cause No: 1367953

Court: 338TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2/10/15
**Sentence Imposed Date:** 2/10/15
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** DENA FISHER

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JILL HAMBY (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1367953

## THE STATE OF TEXAS

Genaro Tamayo , A/K/A/ _____

P2

_333_ **District Court / County Criminal Court at Law No.** _____

## Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On __2-10-2015__ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

__2/14/15__
**Date**

**Attorney (Signature)**

G A Villatue
**Attorney (Printed name)**

**Defendant (Printed name**

**FILED**
Chris Daniel
District Clerk
FEB 10 2015
Time:_____
Harris County, Texas
By_____ Deputy

**State Bar Number**

**Address**

**Telephone Number**

**The defendant (check all that apply):**

☐ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

Genaro Tamayo
**Defendant (Signature)**

Genaro Tamayo
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON __2-10-2015__

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __2-10-2015__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ To **CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

**DATE SIGNED:** ____2-10-2015____

                       _____

                       **JUDGE PRESIDING,**
                       **338 DISTRICT COURT**
                       **COUNTY CRIMINAL COURT AT LAW NO. ____,**
                       **HARRIS COUNTY, TEXAS**

 

Cause No. 1367953

THE STATE OF TEXAS

IN THE 338 DISTRICT COURT

V.

COUNTY CRIMINAL COURT AT LAW NO. _____

Genaro Tamayo , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____
Judge

2-10-2015
Date Signed

**FILED**
Chris Daniel
District Clerk
FEB 10 2015
Time:_____ Harris County, Texas
By_____ Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: _____

Telephone number: _____

Mailing Address: _____

Fax number (if any): _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

4-11-15

**Court** 338

**Cause No.** 136753

## The State of Texas
### Vs

TAMAYO, GENARO

**Date Notice Of Appeal:** 2-10-2015    2-10-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brock Thomas
**Court Reporter** Jill Hornsby
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trail** Villarreal, Gilberto A.

**Attorney on Appeal** N/A

**Appointed** / **Hired** _____

**Offense** AGG. Robbery - Deadly WPN

**Jury Trail:** Yes / No _____

**Punishment Assessed** 25 years TDC

**Companion Cases (If Known)** 1447515, 1369337

**Amount of Appeal Bond** Ø

**Appellant Confined:** Yes / No _____

**Date Submitted To Appeal Section** 2-11-2015

**Deputy Clerk** D. Roy

22/997